UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT | : | NO. 3:19CR180(RNC) |
| VS | : | |
| FRANK CARR | : | AUGUST 18TH, 2019 |

### WAIVER OF SPEEDY TRIAL BY DEFENDANT NUMBER THREE

I, Frank Carr, defendant number three, hereby waive my rights pursuant to 18 USC Sect. 3161(c)(1). I truly understand that I have the right to a speedy trial under the Constitution and Federal Law. I further understand that the law requires that my trial commence not more than seventy days from the date of my arraignment.

I discussed my rights under the Speedy Trial Act with my attorney and he has explained my rights to my satisfaction.

I understand that by my signing this document that I have given up my right pursuant to the Speedy Trial Act. I do so voluntarily and of my own free will.

I further request that the Court find that the requested continuance is in my best interest and that it outweighs the public interest in a speedy trial especially since there may be more indictments coming. I also request that the period of delay from the date of my signature until January 16th, 2020 be excluded, or as to such other date as this Court deems appropriate and accurate.

Aug. 18, 2019
Date

x Frank Carr
Frank Carr

Respectfully Submitted by Defendant

By  FP Cannatelli
Frank P. Cannatelli
Cannatelli Law LLC
8 Research Parkway
Wallingford, Conn. 06492
Phone: (203) 949-1650
Fax: (203) 949-1660
Fed. # 04394

## CERTIFICATE OF SERVICE

I do certify that on this date, August 19th, 2019, the foregoing waiver was filed electronically with this Court via the Court System. Notice of this filing will then be sent, via the Court System, to all parties by operation of that System or by mail to anyone unable to accept electronic filing. All of the Parties may access this filing via the Court's Filing System. Mr. Carr has been given his hard copy.

_____
Frank P. Cannatelli