UNITED STATES DISTRICT COURT

DISTRICT OF CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR180 (RNC) |
| vs | | |
| FRANK CARR, A/K/A "FL" | : | MARCH 19, 2020 |

## MOTION FOR PERMISSION TO HOLD A PRE-TRIAL RELIABILITY HEARING REGARDING CS-3'S INVOLVEMENT AND STATEMENTS

    The Defendant, through counsel, hereby moves the Court to hold a pre-trial reliability hearing regarding CS-3's involvement herein whereby the Government would be required to establish to the satisfaction of the court the reliability of the confidential compensated informant witness and or his statements made by the informant to be used at trial.

    Should the Court decide that no hearing is necessary, the Court could possibly make a determination based upon the submissions of the parties. Further, if disclosure of a particular piece of information presents a substantial risk or threat to a particular witness or to an investigation, the court may be able to fashion a protective order to shield that information from the Defendant but not defense counsel.

    The defense is concerned about the potential for abuse here. Said hearing would increase fairness to the defendant and mitigate against a wrongful conviction. This also provides a type of oversight of governmental use of potentially unreliable, compensated criminal witnesses.

    The federal system requires expert witnesses, who are also compensated, to be screened by the courts. The Federal Courts have authority to conduct reliability hearings on informants under their general pre-trial authority to screen relevant and prejudicial evidence under Federal Rule of Evidence 104. Defendant believes that said reliability hearing should apply to witnesses who have been used by the Government as undercover informants, who have or will receive, or who reasonably believe they will receive any form of leniency for their own crimes, avoid the institution of new criminal charges,

1.

aformentioned benefits for a spouse, intimate partner, or family member in exchange for their testimony.

For the above reasons given, the Defendant, through counsel, hereby seeks a pretrial reliability hearing.

THE DEFENDANT, Frank Carr,

By _____*FP Cannatelli*_____
Frank P. Cannatelli
04394
8 Research Parkway
Wallingford, Conn. 06492
Phone: (203) 949-1650
Fax: (203) 949-1660
Email: Cannatellilaw@ol.com

## CERTIFICATION

I, Frank P. Cannatelli, hereby certify that a copy of this motion has been served on the US Attorney, Anthony Kaplan, by means of the Court filing system on this date, March 19th, 2020. Further said motion can be mailed to any party or pro-se party who does not have access to the Court's electronic filing system.

_____*FP Cannatelli*_____
Frank P. Cannatelli

2.