UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:19CR180(RNC) |
| v. | : | |
| FRANK CARR | : | APRIL 10TH, 2020 |

## JOINT STATUS REPORT

On or about March 31st, 2020, the Court, per Judge Spector, and the parties had a phone conference to discuss the Government's motion pertaining to this Defendant, Frank Carr's, current representation by counsel. Standby counsel, Attorney James Filan, was appointed by the Court as standby counsel for purposes of these pending motions. The Court requested that counsel prepare a joint status report in order to determine how to proceed forward with this matter in light of the current situation discussed.

## DEFENDANT FRANK CARR'S POSITION REPORTED BY FRANK CANNATELLI

The Court requested that Mr. Cannatelli inquire into the current status of the grievance pending in this Court. When he did so, he was informed by Margaret Penny Mason that she could not give us legal advice, but she can advise of the Committee's plan regarding reciprocal discipline. She will check with the members and get back to us soon. As of this date, there has been no further response. It appears that the Committee will proceed in its normal course.

Defendant would like that his representation remain as it currently is. For purposes of proceeding, we would join in Attorney Markle's suggestion that standby counsel be appointed to help monitor the case should reciprocal discipline be imposed prior to trial. A Curcio Hearing should be scheduled.

## STANDBY COUNSEL'S POSITON REPORTED BY ATTORNEY JAMES FILAN

As of April 10th at 2:00 pm, this counsel has not been able to obtain Attorney Filan's position or suggestion as to how to proceed.

1.

## THE GOVERNMENT'S POSITION REPORTED BY ATTORNEY ANTHONY KAPLAN

Defendant's counsel communicated with ASA Kaplan via email. He is in agreement to report that this counsel has contacted the Grievance Committee and we simply await a response.

Under these circumstances, counsel complies with this Court's order to update Judge Spector by means of this report. Should anything change, a further update shall be provided to the Court.

Respectfully Submitted,

BY *[signature]*
Frank P. Cannatelli
8 Research Parkway
Wallingford, Conn. 06492
Fed. # 04394
Phone: (203) 949-1650
Fax: (203) 949-1660
Email: Cannatellilaw@aol.com

## CERTIFICATE OF SERVICE

I, Frank P. Cannatelli, do hereby certify that on this date, or April 10th, 2020, I filed a copy of the foregoing Status Report and served by mail a copy on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing system through the Court's EM/ECF System.

*[signature]*
Frank P. Cannatelli

2.