4/18/2020

## Summary of ECF Activity

**From:** CMECF <CMECF@ctd.uscourts.gov>
**To:** CMECF <CMECF@ctd.uscourts.gov>
**Date:** Sat, Apr 18, 2020 12:01 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***\*\* NOTE TO PUBLIC ACCESS USERS \*\*\***
This Daily Summary Report may contain documents for which one or more of the following policies apply:

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically. If receipt is required by law or directed by the filer, PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

There is no charge for viewing opinions.

Activity has occurred in the following cases:

**3:19-cr-00180-RNC USA v. Julius et al**

**Order on Motion for Release from Custody  962** ( No document attached )

**Docket Text:**
ORDER denying without prejudice [945] Motion for Release by Frank Carr (3). The motion is denied for substantially the reasons stated by the government in its memorandum. In particular, in light of the defendant's history and characteristics, the Court concludes that continued detention is warranted to protect the public from the possibility of further wrongdoing by the defendant. Additionally, according to the Centers for Disease Control and Prevention, it is primarily people with chronic kidney disease who are undergoing dialysis who are at particular risk of serious illness as a result of COVID-19. See CDC, People Who Are At Higher Risk, available at: https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html. Defendant does not appear to fall within that category. The motion is denied without prejudice and may be renewed should his health condition or the conditions at Wyatt meaningfully change. So ordered. Signed by Judge Robert N. Chatigny on 4/17/20. (Morgan, Luke)

*Exhibit B*

LIVE

# CDC report details extent of coronavirus outbreaks in U.S. jails and prisons

BY JUSTIN CARISSIMO

MAY 6, 2020 / 5:04 PM / CBS NEWS

A new report from the Centers for Disease Control and Prevention (CDC) is providing the first snapshot of the extent of coronavirus outbreaks in correctional facilities and detention centers across the U.S., where thousands of inmates and staff have tested positive and dozens have died.

Jails and prisons, where social distancing is nearly impossible, have emerged as hotspots for COVID-19, the disease caused by the virus. For its report released Wednesday, the CDC sought data from health departments in 54 states and territories and heard back from 37.

Thirty-two of the jurisdictions that responded reported at least one laboratory-confirmed COVID-19 case among detainees or staff members in 420 separate jails and prisons. In those facilities, 4,893 inmates had been diagnosed with COVID-19 as of April 21, and 88 had died. Staff members accounted for 2,778 cases and 15 deaths.

## Inside the U.S. Justice System ›

- 8 pregnant women to be released from New York prison

- No phone or email for inmates at 3 federal prisons in effort to fight virus

- Leaving Rikers Island and coming home to a pandemic

More than half of the facilities reported positive cases only among staff members. The report notes that many of the facilities don't test employees, making the total tally of cases "dependent on staff members self-reporting their diagnosis to their employer after being tested by their personal health care providers." The report notes that staffers "might be an important source of virus introduction into facilities," since they interact with the prison population as well as the broader community.

The authors of the report wrote that the findings are limited and don't represent the total number of cases in all U.S. correctional facilities. Some of the limitations: Only 69% of jurisdictions reported data, meaning the findings are unrepresentative of the country as a whole. Some jurisdictions also reported data from state prisons but omitted figures from local, federal and privately-owned facilities. The jurisdictions were asked to include data for those in the custody of state and local corrections, U.S. Immigration and Customs Enforcement, U.S. Marshals Service and the federal Bureau of Prisons.

The authors also lacked data about the total number of facilities, inmates and staff in the surveyed jurisdictions, meaning they were unable to determine the proportion of cases in each category. The agency requested only the number of facilities that have reported at least one virus case, the number of confirmed cases among detainees and staff, and the number of hospitalizations and deaths linked to the virus.

The report outlines the challenges of mitigating the spread of the virus in crowded jails and prisons, where social distancing is difficult, if not impossible.

"Prompt identification of COVID-19 cases and consistent application of prevention measures, such as symptom screening and quarantine, are critical to protecting incarcerated and detained persons and staff members," the report said.

The authors also said widespread testing could be critical in preventing inmates who are released early during the outbreak from further spreading the virus once they're out.

"Some jurisdictions have implemented decompression strategies to reduce crowding, such as reducing or eliminating bail and releasing persons to home confinement or community supervision," the report found. "Testing might become an important strategy to include when it is more widely available and when facilities have developed plans for how the results can be used to inform operational strategies to reduce transmission risk."

Prison in the time of coronavirus

The report noted that more research is needed "to identify differences in disease risk based on demographic characteristics, underlying medical conditions, and type of correctional and detention setting, and to evaluate the effectiveness of mitigation measures."

The CDC outlined six strategies correctional and detention facilities plan can use to slow the spread of the virus, including regular symptom screening, isolating those with symptoms, physical distancing, intensified cleaning, infection control training, disinfection of highly-touched surfaces and cloth face coverings.

*First published on May 6, 2020 / 5:04 PM*

*© 2020 CBS Interactive Inc. All Rights Reserved.*

**Justin Carissimo**

Justin is a senior news editor at CBS News. Reach him at justin@cbsnews.com.



**Twitter**

**The CDC Recommends Protective Cloth Masks**
Brave New Look | Sponsored

**Our $5 Wines Are Better Than Most $50 Wines**
Firstleaf | Sponsored

## Coronavirus is spreading fast in states that may reopen soon, study finds

**If You Like to Play, this Strategy Game is a Must-Have. No Install.**
Forge Of Empires | Sponsored

**Skip the Doctor and Upgrade to the World's Smartest CPAP**
Easy Breathe CPAP Company: ResMed's AirSense 10 Auto CPAP | Sponsored

**Wallingford, Connecticut Drivers Are Stunned By This New Rule**
EverQuote Auto Insurance Quotes | Sponsored

Exh C.      Under Seal

CORONAVIRUS: CHECK HERE FOR LATEST TESTING INFORMATION, VISITOR RESTRICTIONS + SERVICE CHANGES.

 Cleveland Clinic

*Exhibit  D*

May 6, 2020 / Heart Health

**What Heart Patients Need to Know About COVID-19**

## How coronavirus can affect your heart and what you can do to protect it

*This article was originally published on March 27, 2020. It was updated on May 6, 2020 to reflect new information about this rapidly evolving situation.*

As the coronavirus (COVID-19) pandemic evolves, scientists are learning more about the virus and how it affects us. From almost the beginning, medical experts have recognized that older adults and people with existing medical conditions — including heart disease — are at higher risk from the new coronavirus.

For the tens of millions of U.S. adults with heart disease, that warning raises a lot of questions.

"We're learning a lot about this disease every day," says cardiologist Paul Cremer, MD. "That creates uncertainty for patients and for healthcare providers, but we can make recommendations based on the best information we have so far."

# COVID-19 and the heart

The new coronavirus is a respiratory disease, meaning it mostly affects the lungs. But when the lungs aren't working at full steam, the heart has to work harder to pump oxygen-rich blood around the body. That added stress can be dangerous for people with heart disease.

COVID-19 poses a greater risk to people who have underlying conditions, including:

- Coronary heart disease.
- Diabetes.
- High blood pressure.
- Previous stroke.

People in those groups may be at higher risk of catching COVID-19. They're also more likely to develop severe symptoms if they get sick.

Older adults and those with chronic heart disease may be particularly vulnerable. But if you have heart disease at any age, you should be aware of the possible risks from COVID-19. "There's a lot we don't know yet. But it's reasonable to assume that anyone with heart disease, including younger patients, is also at higher risk," Dr. Cremer says.

# Coronavirus prevention for heart patients

Being at increased risk doesn't mean you're destined to get the disease — or that you will develop a serious case if you do catch it. But as usual, prevention is the best medicine.

"To reduce the odds of catching COVID-19, follow recommendations by the CDC, the WHO, and your local, state and federal governments," Dr. Cremer says.

That means following best practices:

- Wash hands often using soap and water for at least 20 seconds. If you can't get to a sink, use hand sanitizer that's at least 60% alcohol.
- Avoid touching your face.
- Clean and disinfect surfaces you touch a lot, like doorknobs, light switches, phones and keyboards (to name a few).
- Stay home (especially if your community has advised residents to shelter in place).
- Practice social distancing. Aim to keep 6 feet between you and other people if you do have to go out in the community.
- Stock up on refills of your prescription medications.

# What should you do if you think you have coronavirus?

If you develop possible COVID-19 symptoms such as a cough and fever, here's what you should (and shouldn't) do next, Dr. Cremer says:

### Do: Call your doctor to discuss next steps

Different locales have different recommendations about who should be tested or hospitalized. Your doctor can advise you about what to do and where to go.

### Don't: Stop taking any of your prescription medications without speaking to a doctor

"We have to be particularly cautious now in terms of social distancing, but it's essential to get physical activity. Getting out for a walk is good for overall health, and also for our mental health as we're dealing with this," Dr. Cremer says.

While the pandemic won't last forever, you need your heart for the long haul, he adds. "We're going to get through this, so we shouldn't lose sight of our long-term health."

Some reports have suggested that certain heart medications might make it easier for the virus to multiply. But so far, there's no evidence of that happening in human patients. Doctors are not recommending that patients make changes to their heart disease or high blood pressure medications, Dr. Cremer says.

"We don't yet know how medications might affect the virus, but we do know it can be harmful if you stop taking the medications you use to control blood pressure, cholesterol, heart disease or diabetes," he says.

# Protecting your heart during the pandemic

One of the biggest risks to heart disease patients from coronavirus has nothing to do with being infected, Dr. Cremer adds: "I worry that some patients won't seek out the urgent care or emergency treatment they need."

Some people who experience heart symptoms might be reluctant to go to a clinic or emergency room during a pandemic. But you shouldn't ignore signs of cardiac emergencies. Heart attacks, dissections, heart failure and arrhythmias are still occurring. And early treatment for heart problems can save your life. "If you have any concerning heart symptoms, please seek out care," he says.

Dr. Cremer advises seeking treatment or reaching out to your doctor if you have any new symptoms, including:

- Chest pain or discomfort.
- Trouble breathing.
- Diarrhea.
- Loss of taste and smell.
- Sore throat.
- Chills.
- Muscle pain.
- Headaches.
- Weakness.
- Confusion.

# Maintain heart health for the future

Let's be honest: During a global pandemic, it can be hard to stick to your usual routines. But maintaining a heart-healthy diet and exercise habits is as important as ever, Dr. Cremer says.

The American Heart Association recommends 150 minutes of moderate aerobic exercise a week — about 20 to 30 minutes, five to seven days a week.

*Exh. E*

CORONAVIRUS: ALL EMERGENCY ROOMS ARE OPEN. CHECK HERE FOR THE LATEST INFO ABOUT COVID-19 TESTING, VISITOR RESTRICTIONS + SERVICE CHANGES.

 Cleveland Clinic

# Left Ventricular Hypertrophy (Enlarged Heart)

Left Ventricular Hypertrophy (Enlarged Heart) Menu

## What is Left Ventricular Hypertrophy (LVH)?

Left ventricular hypertrophy (LVH), also known as an enlarged heart, is a condition in which the muscle wall of heart's left pumping chamber (ventricle) becomes thickened (hypertrophy).

Other conditions, such as heart attack, valve disease and dilated cardiomyopathy, can cause the heart (or the heart cavity) to get bigger. This is not the same as LVH.

ADVERTISEMENT

Cleveland Clinic is a non-profit academic medical center. Advertising on our site helps support our mission. We do not endorse non-Cleveland Clinic products or services. Policy

## What causes LVH?

Ad

The heart is a muscle. And so, like other muscles, it gets bigger if it is worked hard over time. Several health conditions cause your heart to work harder than normal. The most common cause of LVH is high blood pressure (hypertension). Other causes include athletic hypertrophy (a condition related to exercise), valve disease, hypertrophic cardiomyopathy (HOCM), and congenital heart disease.

## What are the symptoms of LVH?

Some patients have no symptoms related to LVH. The condition usually develops over time, and most symptoms occur when the condition causes complications. The most common symptoms of LVH are:

- Feeling short of breath
- Chest pain, especially after activity
- Feeling dizzy or fainting
- Rapid heartbeat, or a pounding or fluttering sensation in your chest

**Next: Diagnosis and Tests** ▸

SHARE

Last reviewed by a Cleveland Clinic medical professional on 05/01/2019.

## Get useful, helpful and relevant health + wellness information

Ad

Visit the COVID-19 learning hub for resources to support your family

🔊) Listen ▶

# Patent ductus arteriosus (PDA): Closure in the heart catheterization lab

**By SickKids staff**

Patent ductus arteriosus (PDA) is when the ductus arteriosus does not close properly after birth. Learn about the operation to correct PDA and recovery.

## Key points

- If a PDA does not close on its own, a small closure device can be placed in the heart catheterization lab.
- Your child will need a general anaesthetic for the procedure.
- Although there are some risks, serious problems are rare.
- Most children can go home on the same day as the procedure.

Introduction                                                                    ⌄

Risks of the procedure                                                          ⌄

Procedure                                                                       ⌄

After the procedure                                                            ⌄

Follow-up care                                                                  ⌄

*Last updated: November 10th 2009*

*Exh. H.*

Google    pneumothorax        ✕   🎤   🔍       ⠿   Sign

🔍 All    🖼 Images    ▶ Videos    📖 Books    📰 News    ⋮ More        Settings   Tools

About 5,170,000 results (0.45 seconds)



A **pneumothorax** (noo-moe-THOR-aks) is a collapsed lung. A **pneumothorax** occurs when air leaks into the space between your lung and chest wall. This air pushes on the outside of your lung and makes it collapse. **Pneumothorax** can be a complete lung collapse or a collapse of only a portion of the lung. Feb 28, 2019

**Symptoms:** Shortness of breath; Chest pain
**Risk Factors:** Chronic obstructive pulmonary disease

www.mayoclinic.org › symptoms-causes › syc-20350367
### Pneumothorax - Symptoms and causes - Mayo Clinic

ⓘ About Featured Snippets    🗩 Feedback

### People also ask

Can you die from pneumothorax?       ⌄

Is a pneumothorax life threatening?       ⌄

How long does it take to recover from a pneumothorax?       ⌄

Can you live with a collapsed lung?       ⌄

Feedback

emedicine.medscape.com › article › 424547-overview ▾
### Pneumothorax: Practice Essentials, Background, Anatomy
**Pneumothorax** is defined as the presence of air or gas in the pleural cavity (ie, the potential space between the visceral and parietal pleura of the lung), which ...

www.healthline.com › health › collapsed-lung ▾
### Pneumothorax (Collapsed Lung): Types, Symptoms, and Risks
Mar 30, 2018 - "Pneumothorax" is the medical term for a collapsed lung. **Pneumothorax** occurs when air enters the space around your lungs (the pleural ...
Types · Symptoms · Risk factors · Diagnosis

medlineplus.gov › Medical Encyclopedia ▾
### Collapsed lung (pneumothorax): MedlinePlus Medical ...
Jan 12, 2019 - A collapsed lung occurs when air escapes from the lung. The air then fills the space outside of the lung, between the lung and chest wall.

en.wikipedia.org › wiki › Pneumothorax ▾
### Pneumothorax - Wikipedia
A **pneumothorax** is an abnormal collection of air in the pleural space between the lung and the chest wall. Symptoms typically include sudden onset of sharp, ...

**Causes:** Unknown, trauma            **Differential diagnosis:** Lung bullae, hemothorax
**Treatment:** conservative, needle aspiration, ch...    **Symptoms:** Chest pain, shortness of breath, tir...



Pneumothorax

OVERVIEW     SYMPTOMS

Air enters
and lung col

Chest tube b

A collapsed lung.

This condition occurs when air le
lungs and chest wall. A blunt or p
medical procedures, or lung dise
Symptoms include shortness of b
When a pneumothorax is large, a
excess air.

### Rare
Fewer than 200,000 US cases p

Treatable by a medical profe
Requires a medical diagnos
Lab tests or imaging always
Short-term: resolves within
Critical: needs emergency c

For informational purposes only. Cons
advice.
Sources: Mayo Clinic and others. Lear

*Exh. I*

## WebMD

# Coronavirus and High Blood Pressure: What's the Link?

If you have high blood pressure, it's a good idea to take extra care to protect yourself during the coronavirus (COVID-19) outbreak. Early research shows that people with the condition may be more likely to:

- Get COVID-19
- Have worse symptoms
- Die from the infection

## High Blood Pressure Risks

Data from China and Italy -- countries hit early by the virus -- show higher risk of COVID-19 infections and complications in people with high blood pressure.

In China, 25% to 50% of people who came to hospitals with coronavirus had high blood pressure or another health condition like cancer, diabetes, or lung disease. In Italy, more than 99% of people who've died from the virus had one of these conditions -- and 76% of them had high blood pressure.

People with high blood pressure are also slightly more likely to die from coronavirus. Their risk is about 6% higher than the overall population.

## What's the Link?

A weaker immune system is one reason people with high blood pressure and other health problems are at higher risk for coronavirus. Long-term health conditions and aging weaken your immune system so it's less able to fight off the virus. Nearly two-thirds of people over 60 have high blood pressure.

Another possibility is that the higher risk comes not from high blood pressure itself, but from certain drugs used to treat it -- ACE inhibitors and angiotensin receptor blockers (ARBs). This is just a theory, since there's no research yet on what impact, if any, these medications might have on COVID-19.

The theory is based on the fact that ACE inhibitors and ARBs raise levels of an enzyme called ACE2 in your body. And to infect cells, the COVID-19 virus must attach itself to ACE2.

Until more research comes out, the American College of Cardiology and American Heart Association recommend that you keep taking your high blood pressure medicine as

prescribed. If you don't, it could raise your risk for a heart attack or stroke, putting you in the hospital just as coronavirus cases are coming in.

## How Coronavirus Affects People With High Blood Pressure

While pneumonia is the most common complication of the virus, it can also damage the cardiovascular system. That's why people with high blood pressure, heart disease, and heart failure are at risk.

High blood pressure damages arteries and reduces the flow of blood to your heart. That means your heart has to work harder to pump enough blood. Over time, this extra work can weaken your heart to the point where it can't pump as much oxygen-rich blood to your body.

Coronavirus can also damage the heart directly, which can be especially risky if your heart is already weakened by the effects of high blood pressure. The virus may cause inflammation of the heart muscle called myocarditis, which makes it harder for the heart to pump.

If you also have plaque buildup in your arteries, the virus may make those plaques more likely to break apart and cause a heart attack. Past studies have shown that people with heart disease who get a respiratory illness like the flu or earlier types of coronavirus are at higher risk for a heart attack.

## What Should You Do?

Everyone needs to take precautions to prevent coronavirus. People with high blood pressure and other health conditions need to be extra careful.

The CDC offers this advice:

- Make sure you have enough medicine on hand to treat high blood pressure and other health conditions.

- Stock up on over-the-counter medicines to treat a fever and other symptoms if you get sick.

- Stay at home and limit contact with other people as much as you can.

- Avoid crowds and anyone who looks sick.

- Wash your hands often with soap and warm water.

- Clean and disinfect all frequently touched surfaces like countertops and doorknobs.

A coronavirus vaccine isn't available yet, but the American College of Cardiology recommends that you stay up to date on your other vaccines. The pneumococcal vaccine will prevent you from catching pneumonia on top of coronavirus. Also get a flu vaccine. Its symptoms are easy to confuse with coronavirus, which could make it harder for doctors to diagnose you if you do get sick.

WebMD Medical Reference | Reviewed by Arefa Cassoobhoy, MD, MPH on March 20, 2020

Sources ⌃
SOURCES:
American College of Cardiology: "ACC Clinical Bulletin Focuses on Cardiac Implications of Coronavirus (COVID-19)," "COVID-19 Clinical Guidance for the Cardiovascular Care Team," "HFSA/ACC/ACA Statement Addresses Concerns Re: Using RAAS Antagonists in COVID-19."

American Heart Association: "How High Blood Pressure Can Lead to a Heart Attack," "What heart patients should know about coronavirus."

CDC: "Hypertension Prevalence and Control Among Adults: United States, 2015 – 2016," "Transcript - CDC Media Telebriefing: Update on COVID-19."

European Society of Cardiology: "Position Statement of the ESC Council on Hypertension on ACE-Inhibitors and Angiotensin Receptor Blockers."

Istitute Superiore di Sanita (ISS): "Report sulle caratteristiche dei pazienti deceduti positivi a COVID-19 in Italia Il presente report è basato sui dati aggiornati al 17 Marzo 2020."

Journal of the American College of Cardiology: "Cardiovascular considerations for patients, health care workers, and health systems during the coronavirus disease 2019 (COVID-19) pandemic."

Mayo Clinic: "Myocarditis."

Science Media Centre: "Expert reaction to questions about high blood pressure, diabetes, and ACE inhibitor drugs, and risk of COVID-19 infection."

The Lancet: "Are patients with hypertension and diabetes mellitus at increased risk for COVID-19 infection?"

© 2020 WebMD, LLC. All rights reserved.

*Exh. Q.*

# Coronavirus and PKD: What you should know

Coronavirus Disease 2019 (COVID-19) is thought to spread mainly from person-to-person contact. Older adults and people with serious chronic medical conditions, including kidney disease, are at higher risk for more serious illness.  Therefore, it is especially important for people with PKD to take **actions to reduce your risk of exposure (https://www.kidney.org/contents/be-prepared-kidney-patient-prep-coronavirus).**

The **Centers for Disease Control (CDC) (https://www.cdc.gov/coronavirus/2019-ncov/index.html)**recommends the below to slow the spread and reduce the impact of the disease.

- **Stay home** if you feel sick or have any symptoms such as fever, cough, sore throat, body aches, headache, chills.
- **Avoid others who are sick.** Limiting face-to-face contact with others as much as possible.

**Have questions? Email us!** ▮

- **Cover coughs and sneezes** with a tissue, then throw it in the trash can. If you don't have a tissue, cough or sneeze into your upper sleeve, not your hands.
- **Wash hands often** with soap and water for at least 20 seconds; especially after going to the bathroom; before eating; and after blowing your nose, coughing, or sneezing. If you don't have soap and water, use hand sanitizer with 60%-95% alcohol.
- **Clean** very often the things that get touched a lot, like door handles.
- **Avoid touching your face**, especially your eyes, nose, and mouth.
- **Practice social distancing** by staying away from places with a lot of people (like restaurants or mass gatherings) and maintain a distance of about 6 feet from others when in public if possible. Avoid hugs and handshakes.
- **Wear a facemask** or cloth face covering (https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html) when you go out in public.

Patients with late-stage kidney disease or who are post-transplant should consult with their doctors to see if any additional preventative measures are necessary

# Call ahead

If you are experiencing symptoms and feel you need to be seen by your doctor, call your healthcare provider before your appointment. Tell your health provider that you are concerned that you may have COVID-19. This allows your provider to take steps necessary to keep others from being exposed.

# Guidance for dialysis treatments

If you are a dialysis patient, you may be at higher risk for becoming seriously ill from COVID-19 but it's important that you do **not** miss your treatments. If you feel sick, please be sure to tell a member of your healthcare team. The **National Kidney Foundation (https://www.kidney.org/help)** has up-to-date information on clinic closings and emergency resources. The **CDC (https://www.cdc.gov/coronavirus/2019-ncov/index.html)**and **American Society of Nephrology (https://www.asn-online.org/ntds/)**have also provided guidance to dialysis centers to help them identify and handle suspected cases of COVID-19 and

**Have questions? Email us!** ▬

The **American Society of Transplantation (https://www.myast.org/coronavirus-disease-2019-covid-19-frequently-asked-questions-transplant-candidates-and-recipients)** currently recommends that transplant recipients:

- Follow **public health recommendations (https://www.cdc.gov/coronavirus/2019-ncov/prepare/prevention.html)** for **social distancing**.
- Stay home if you can and if you must be out, keep distance between yourself and others.
- **Postpone nonessential travel and do not** travel to areas currently experiencing community spread of the virus.

### Guidance for transplant candidates

The risk of getting COVID-19 from organ donation is low. Information about recent travel and exposure history is being asked about deceased donors. Living donors that have traveled to high-risk areas, have been exposed to the virus or are currently being evaluated for COVID-19 will generally be asked to postpone donation for 14 to 28 days.

If you are a transplant recipient or are currently waiting for a kidney transplant, contact your transplant center directly with questions.

# Guidance for pediatric patients

So far, it is not well understood whether pediatric kidney disease patients are at a higher risk for more serious illness, but **pediatric nephrologists recommend (https://nephcure.org/2020/03/guidance-on-covid-19-for-pediatric-kidney-disease-patients/?org=1003&lvl=100&ite=3270&lea=800565&ctr=0&par=1&trk=)** following the advice from the CDC that has been issued for the elderly, especially if they are receiving immunosuppressive drugs. Many schools are already closing but consult your nephrologist if your child's school is still open and you're considering keeping them home.

# Guidance for patients taking tolvaptan

to minimize exposure to other patients. If you're concerned, here are some **questions (https://www.kidneyfund.org/kidney-today/coronavirus-and-kidney-patients.html)** you can ask the staff at your center:

- Can I wait in my car instead of in the waiting room?
- What should I do if I have any flu-like symptoms?
- Can you provide a mask for me to wear during my treatment?
- What procedures do you have in place if you suspect a patient at the center may have COVID-19?
- How will you inform patients of any emergency information?
- Where will I receive dialysis if I get sick?
- Are you offering telehealth options for regular clinic appointments?

Check out this **3-Day Emergency Diet Plan (https://www.kcercoalition.com/contentassets/6270a03f0aef48ee8bb83100f04e37f2/kcer_-3-day-emergency-diet_final_508.pdf)**; it does not take the place of dialysis but can reduce the waste that builds up in your blood in an emergency where you are unable to get to your treatment.

The **Kidney Community Emergency Response (https://www.kcercoalition.com/en/covid-19/)** Coalition provides assistance to patients who are having difficulty contacting their dialysis facility, provider, or ESRD Network.

# Guidance for transplant patients

If you received a transplant (e.g., kidney), due to your need for immunosuppressive drugs, you may be at higher risk for becoming seriously ill from COVID-19. If you feel sick, please be sure to tell a member of your healthcare team. If you're concerned, here are some questions you can ask the staff at your center:

- What should I do about having medications on hand?
- If I am feeling sick, should I contact my primary care doctor?
- If I am feeling sick, should I contact the transplant center?
- Should I wear a face mask when I need to have labs?   **Have questions? Email us!**

Tolvaptan (https://pkdcure.org/tolvaptan/) is a medication approved by the FDA to help slow the progression of autosomal dominant polycystic kidney disease (ADPKD). So far there have been **no specific warnings (https://pkdcharity.org.uk/news-events/blogs/403-coronavirus-covid-19-and-polycystic-kidney-disease)** related to tolvaptan and COVID-19.

Continue to follow the advice provided in the patient information leaflet that comes with the medication. This includes that you should: consult your doctor if you have nausea, vomiting, fever, tiredness, loss of appetite, pain in the abdomen, dark urine, jaundice (yellowing of skin or eyes), itching of your skin or joint and muscle pain with fever. These could be signs your liver is not working properly.

Fever can also be a sign of COVID-19. In light of the COVID-19 outbreak, call your care team if you develop such symptoms.

Also ensure that you drink enough water when taking tolvaptan as advised in the patient information leaflet.

# Stress and Anxiety

Stress associated with the outbreak of COVID-19 is normal and may be different for each individual experiencing symptoms of stress or anxiety. Stress may include:

- Fear about your own health of about the health of someone you care about
- Difficulty sleeping or changes in sleep patterns
- Changes in eating patterns
- Difficulty concentrating
- Chronic health problems can worsen
- Increased use of alcohol, tobacco or other drugs

**Things you can do:**

- Give yourself a break from news and social media
- Take care of yourself
- Deep breathing or meditation
- Eat healthy, well-balanced meals

Have questions? Email us! ▮

Last Updated: April 7, 2020

Contributed by: PKDF Education and Research staff

Reviewed by: Michal Mrug, M.D. and Vishal Patel, M.D.

(https://pkdcure.org) We are the only organization in the U.S. solely dedicated to finding treatments and a cure for PKD to improve the lives of those it affects. **Our vision is to #endPKD.**

Our home: 1001 E. 101st Terrace, Suite 220 Kansas City, MO, 64131
**Toll-free phone:** 1.800.PKD.CURE (753.2873) **Local phone:** 816.931.2600
PKD Foundation is a 501 (c)(3), 509 (a)(1) public charity.

Federal tax ID: 43-1266906 financials (https://pkdcure.org/who-we-are/financial-and-organizational-information/) | media (https://pkdcure.org/media/) | careers (https://pkdcure.org/who-we-are/careers/) | privacy policy (https://pkdcure.org/privacy-policy/) | terms and conditions (https://pkdcure.org/terms-and-conditions/)

**PKD FOUNDATION**
© 2019, PKD Foundation

**Visit Us**
(https://www.facebook.com/pkdfoundation)
(https://twitter.com/pkdfoundation)
(http://www.youtube.com/pkdfoundation)
(http://instagram.com/pkdfoundation)
(http://pinterest.com/pkdfoundation)

Have questions? Email us!



# National Institute on Drug Abuse

### Advancing Addiction Science

## COVID-19 is an emerging, rapidly evolving situation.

Get the latest information from **CDC (Coronavirus.gov)** | **NIH Resources** | **NIDA Resources**

# COVID-19: Potential Implications for Individuals with Substance Use Disorders

**April 06, 2020**

As people across the U.S. and the rest of the world contend with coronavirus disease 2019 (COVID-19), the research community should be alert to the possibility that it could hit some populations with substance use disorders (SUDs) particularly hard. Because it attacks the lungs, the coronavirus that causes COVID-19 could be an especially serious threat to those who smoke tobacco or marijuana or who vape. People with opioid use disorder (OUD) and methamphetamine use disorder may also be vulnerable due to those drugs' effects on respiratory and pulmonary health. Additionally, individuals with a substance use disorder are more likely to experience homelessness or incarceration than those in the general population, and these circumstances pose unique challenges regarding transmission of the virus that causes COVID-19. All these possibilities should be a focus of active surveillance as we work to understand this emerging health threat.



Image by CDC/ Alissa Eckert, MS; Dan Higgins, MAMS

This illustration, created at the Centers for Disease Control and Prevention (CDC), reveals ultrastructural morphology exhibited by coronaviruses. Note the spikes that adorn the outer surface of the virus, which impart the look of a corona surrounding the virion, when viewed electron microscopically. A novel coronavirus, named Severe Acute Respiratory Syndrome coronavirus 2 (SARS-CoV-2), was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China in 2019. The illness caused by this virus has been named coronavirus disease 2019 (COVID-19).

NIH has posted a compilation of updates for applicants and grant administrative flexibilities and accompanying FAQs.

**Was this article helpful?**

Yes          No

SARS-CoV-2, the virus that causes COVID-19 is believed to have jumped species from other mammals (likely bats) to first infect humans in Wuhan, capital of China's Hubei province, in late 2019. It attacks the respiratory tract and appears to have a higher fatality rate than seasonal influenza. The exact fatality rate is still unknown, since it depends on the number of undiagnosed and asymptomatic cases, and further analyses are needed to determine those figures. Thus far, deaths and serious illness from COVID-19 seem concentrated among those who are older and who have underlying health issues, such as diabetes, cancer, and respiratory conditions. It is therefore reasonable to be concerned that compromised lung function or lung disease related to smoking history, such as chronic obstructive pulmonary disease (COPD), could put people at risk for serious complications of COVID-19.

Co-occurring conditions including COPD, cardiovascular disease, and other respiratory diseases have been found to worsen prognosis in patients with other coronaviruses that affect the respiratory system, such as those that cause <u>SARS and MERS</u>. According to a case series published in <u>JAMA</u> based on data from the Chinese Center for Disease Control and Prevention (<u>China CDC</u>), the case fatality rate (CFR) for COVID-19 was 6.3 percent for those with chronic respiratory disease, compared to a CFR of 2.3 percent overall. In China, <u>52.9 percent</u> of men smoke, in contrast to just 2.4 percent of women; further analysis of the emerging COVID-19 data from China could help determine if this disparity is contributing to the higher mortality observed in men compared to women, as reported by China CDC. While data thus far are preliminary, they do highlight the need for further research to clarify the role of underlying illness and other factors in susceptibility to COVID-19 and its clinical course.

Vaping, like smoking, may also harm lung health. Whether it can lead to COPD is still unknown, but emerging evidence suggests that exposure to aerosols from e-cigarettes harms the cells of the lung and diminishes the ability to respond to infection. In <u>one NIH-supported study</u>, for instance, influenza virus-infected mice exposed to these aerosols had enhanced tissue damage and inflammation.

People who use opioids at high doses medically or who have OUD face separate challenges to their respiratory health. Since opioids act in the brainstem to slow breathing, their use not only puts the user at risk of life-threatening or fatal overdose, it may also cause a harmful decrease in oxygen in the blood (hypoxemia). Lack of oxygen can be especially damaging to the brain; while brain cells can withstand short periods of low oxygen, they can suffer damage when this state persists. Chronic respiratory disease is already known to <u>increase overdose mortality</u> risk among people taking opioids, and thus diminished lung capacity from COVID-19 could similarly endanger this population.

A history of methamphetamine use may also put people at risk. Methamphetamine constricts the blood vessels, which is one of the properties that contributes to pul hypertension in people who use it. Clinicians should be prepared to effects of methamphetamine use, the prevalence of which is increa those with COVID-19.


Was this article helpful?
Yes      No

Other risks for people with substance use disorders include decreased access to health care, housing insecurity, and greater likelihood for incarceration. Limited access to health care places people with addiction at greater risk for many illnesses, but if hospitals and clinics are pushed to their capacity, it could be that people with addiction—who are already stigmatized and underserved by the healthcare system—will experience even greater barriers to treatment for COVID-19. Homelessness or incarceration can expose people to environments where they are in close contact with others who might also be at higher risk for infections. The prospect of self-quarantine and other public health measures may also disrupt access to syringe services, medications, and other support needed by people with OUD.

We know very little right now about COVID-19 and even less about its intersection with substance use disorders. But we can make educated guesses based on past experience that people with compromised health due to smoking or vaping and people with opioid, methamphetamine, cannabis, and other substance use disorders could find themselves at increased risk of COVID-19 and its more serious complications—for multiple physiological and social/environmental reasons. The research community should thus be alert to associations between COVID-19 case severity/mortality and substance use, smoking or vaping history, and smoking- or vaping-related lung disease. We must also ensure that patients with substance use disorders are not discriminated against if a rise in COVID-19 cases places added burden on our healthcare system.

As we strive to confront the major health challenges of opioid and other drug overdoses—and now the rising infections with COVID-19—NIDA encourages researchers to request supplements that will allow them to obtain data on the risks for COVID-19 in individuals experiencing substance use disorders.

This content is also available in Spanish - <u>COVID-19: Las posibles implicaciones para las personas con trastornos por consumo de drogas</u>.

---

## Additional Links

**Latest Information from the CDC on Coronavirus Disease 2019 (COVID-19)**

- **Coronavirus.gov**
- **Coronavirus Disease 2019 (COVID-19)** (CDC)
- **What the U.S. Government is Doing** (USA.gov) - (*En Espanol*)
- Latest Research Information from NIH
  - Notice of Special Interest (NOSI) regarding the Availability
    Urgent Competitive Revisions for Research on the 2019 Nov
- COVID-19 Information from NIDA



Was this article helpful?

    Yes            No

Exh L



## ☰  Google News

| Worldwide | ▼ |
| --- | --- |

Updated less than 34 minutes ago

| Worldwide | ▼ |
| --- | --- |

| Confirmed | Recovered | Deaths |
| --- | --- | --- |
| 1,724,736 | 390,335 | 104,938 |

Source: Wikipedia

⌄ More stats and news

## Cases

| Location | Confirmed | Cases per 1M people | Recovered | Deaths |
| --- | --- | --- | --- | --- |
| 🌐 **Worldwide** | **1,724,736** | **221.81** | **390,335** | **104,938** |
| 🇺🇸 United States | 507,422 | 1,539.71 | 29,139 | 19,602 |
| 🇪🇸 Spain | 161,883 | 3,436.98 | 59,109 | 16,480 |
| 🇮🇹 Italy | 152,271 | 2,527.6 | 32,534 | 19,468 |
| 🇩🇪 Germany | 123,771 | 1,488.54 | 49,358 | 2,710 |

5/6/2020

**The coronavirus is already one of R.I.'s leading causes of death**

**From:** Rhode Map - The Boston Globe <newsletters@bostonglobe.com>
**To:** cannatellilaw <cannatellilaw@aol.com>
**Date:** Wed, May 6, 2020 7:40 am

*Exh. M.*



View web version

*Presented by* ◆ **DELTA DENTAL**

May 6, 2020 | Follow @DanMcGowan on Twitter

*If you have friends or relatives who would like their own free copy of this daily briefing about Rhode Island, tell them they can sign up here.*

## LEADING OFF

*Happy Wednesday and welcome to Rhode Map, your daily guide to everything happening in the Ocean State. I'm Dan McGowan and I'm hearing the penalty for not wearing your mask in public may involve murder hornets. Follow me on Twitter @DanMcGowan or send tips to Dan.McGowan@globe.com.*

**THE LATEST:** Rhode Island was up to 9,933 confirmed coronavirus cases on Tuesday, and 355 residents had died. There were 327 people in the hospital, 89 in intensive care, and 62 were on ventilators.

It's safe to say that 90 days ago, there weren't too many of us thinking about the coronavirus. Heck, 60 days ago, I was still begging my editors to let me cover the Big East Tournament at Madison Square Garden.

Flash forward to now: The virus has rapidly moved up the list of Rhode Island's leading causes of death, and if the projections hold, it could find itself in the top five when all is said and done.

Here are the 10 leading causes of death in Rhode Island, according to the CDC. (The most recent data is from 2017, but a Department of Health spokesman said the list rarely changes at the top.)

1. Heart disease – 2,339 deaths
2. Cancer – 2,154 deaths
3. Accidents – 718 deaths
4. Chronic lower respiratory disease – 521 deaths
5. Alzheimer's disease – 435 deaths

6. Stroke – 425 deaths
7. Diabetes – 275 deaths
8. Flu/Pneumonia – 206 deaths
9. Kidney disease – 176 deaths
10. Chronic liver disease/Cirrhosis – 148 deaths

The health department has already said it intends to list the coronavirus as separate from the flu/pneumonia category. At 355 deaths, the coronavirus is now almost certainly among the seven most-common causes of death in our state.

Rhode Island's leading causes of death mostly mirror the national figures, although strokes are typically ahead of Alzheimer's disease when you look at the United States as a whole.

The widely-cited projections from the Institute for Health Metrics and Evaluation have varied widely for Rhode Island, but the researchers there now believe the state could see 485 coronavirus-related deaths by Aug. 4. That would place the coronavirus ahead of Alzheimer's disease as a leading cause of death in Rhode Island.


△ DELTA DENTAL

You could win a gift card to a local restaurant.
SEE HOW ›
Powered by Livefront

**NEED TO KNOW**

*Rhode Map wants to hear from you. If you've got a scoop or a link to an interesting news story in Rhode Island, e-mail us at RInews@globe.com.*

🖋 A Warwick man has the unfortunate honor of being among the first people in the country charged with defrauding a federal loan program for small businesses hit by the coronavirus pandemic. My colleague **Travis Andersen** has the story.

🖋 **Amanda Milkovits** reports that Rhode Island's own Bananagrams, the addictive word game in the signature fabric banana-shaped zippered pouch, is topping national lists of games recommended for those stuck at home and getting shout-outs from quarantined celebrities.

🖋 There are a lot of state leaders who will like this editorial from the Globe: Washington must help the states and cities.

🖋 Beginning Friday, Governor **Gina Raimondo** is ordering all Rhode Islanders to wear masks whenever they are in public.