| Request Number: | 190100 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 04/20/2020  03:53 pm | |
| ORIGINAL REQUEST: | |
| THANK YOU MR LABONTE AND THANK YOU MS FOX I APPRECIATE IT | |
| 04/20/2020  04:28 pm | RLABONTE |
| CLOSED: | Ron Labonte |
| <NO COMMENT GIVEN> | |

| Request Number: | 190509 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 04/23/2020  12:40 pm | |
| ORIGINAL REQUEST: | |
| OK MR LABONTE I WILL REVISIT IN MAY , BUT I WOULD DEFINITELY LIKE TO KNOW MY BLOOD THAT WENT OUT LAST WEEK RESULTS THANKS | |
| 04/27/2020  12:13 pm | RFOX |
| CLOSED: | Robin Fox |
| Good afternoon, Mr. Carr.  I saw that you were seen by Dr. Blanchette today.  Hopefully, you were able to discuss your labs.  If not, please let me know.  Have a great day.  ~Robin Fox, RN | |

| Request Number: | 193728 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF G 06 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/09/2020  08:54 am | |
| ORIGINAL REQUEST: | |
| CHIEF RICHARDS I RECIEVE MEDICATION EVERY DAY TWICE A DAY SINCE I BEEN ON RAMADAN THIS IS THE THIRD TIME I DIDNT GET MY MEDICATION AT 3 30 OR BETWEEN 4 OO ACCORDING TO RAMADAN SCEDULE THIS MORNING SATURDAY AROUND 3 30 I WAS WAITING NOBODY SHOWED UP I NEED MY MEDICATION BECAUSE I HAVE A COUPLE UNDERLYING CONDITIONS ESPECIALLY DEALING WITH MY HEART BLOOD PRESSURE AND KIDNEYS IM ALSO WRITING A GRIEVANCE THIS IS THE THIRD TIME | |
| 05/11/2020  09:42 am | GRICHARD1 |
| RESPONSE: | Greg Richard |
| I will review with the HSA. Major Richard | |
| 05/11/2020  09:51 am | GRICHARD1 |
| GROUP ASSIGNED CHANGED | Greg Richard |
| TO HEALTH SERVICE ADMINISTRATOR | |
| 05/18/2020  03:52 pm | RLABONTE |
| CLOSED: | Ron Labonte |
| Mr. Carr, your medication is ordered at a specific time.  Please take your medication as presecribed. Mr. LaBonte | |

Exhibit C

Filed Under Seal with "Renewed Motion For Emergency Order."

| Request Number: | 195239 | Status: OPEN | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF G 06 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/18/2020 04:23 pm | | |
| | ORIGINAL REQUEST: | |
| | I NEED ALL MY KIOS REQUESTS FOR MEDICAL FROM APRIL UNTIL CURRENT DATE I TALKED TO UNIT MANAGER SHE SAID I HAD TO ADDRESS YOU ONY MEDCAL REQUESTS THANX | |
| 05/18/2020 06:01 pm | | KDAMASO |
| | RESPONSE: | KRISTEN DAMASO |
| | You need to address with medical. I will forward to them. KDamaso | |
| 05/18/2020 06:01 pm | | KDAMASO |
| | GROUP ASSIGNED CHANGED | KRISTEN DAMASO |
| | TO HEALTH SERVICE ADMINISTRATOR | |

**Total Requests:** 4

There is no charge for viewing opinions.

Activity has occurred in the following cases:

**3:19-cr-00180-RNC USA v. Julius et al**
**Order on Motion for Release from Custody 1100** ( No document attached )
**Docket Text:**
ORDER denying [1050] Motion for Release from Custody as to Frank Carr (3). The defendant's renewed motion for release from pretrial detention at Wyatt based on the risk posed to his health by the novel coronavirus is denied for substantially the same reasons stated by the Government in its response. As the Government correctly argues, the defendant has not demonstrated a compelling reason justifying his release. Defendant's renewed request is unsupported by a medical opinion showing that he is at greater risk for severe illness were he to contract COVID-19 than other detainees. CDC guidance concerning the heightened risk to persons in the defendant's age group who have his medical conditions provides some support for the defendant's concern that he faces such a heightened risk. But this is insufficient to establish a compelling reason justifying release for this defendant. The defendant's history of engaging in criminal conduct while on supervised release, indeed, even while participating in support court, is very troubling. Given this history, it is unfortunately the case that the defendant might well revert to criminal activity, were he released now. To establish a compelling reason justifying his release, despite the risk that he would revert to criminal activity, the defendant must demonstrate that he faces a likelihood of irreparable harm is he is not released. He has not made that showing. Accordingly, the renewed motion for release is hereby denied. So ordered. Signed by Judge Robert N. Chatigny on 5/27/20. (Chatigny, Robert)

**3:19-cr-00180-RNC USA v. Julius et al**
**Probation Form 8  1096** 
**Docket Text:**
Probation Form 8 Petition for Action on Conditions of Pretrial Release as to Prishonna Turner
Signed by Judge Robert M. Spector on 5/26/2020. (Murphy, Tatihana)

**3:19-cr-00180-RNC USA v. Julius et al**
**Summons Issued  1098** 
**Docket Text:**
Summons Issued as to Prishonna Turner to appear at the USM, 450 Main Street, Hartford and participate via Zoom hearing on 4/27/20, at 9:00 a.m. before Robert M. Spector (Pesta, J.)

**3:19-cr-00180-RNC USA v. Julius et al**
**Calendar Entry  1099** ( No document attached )
**Docket Text:**
NOTICE OF E-FILED CALENDAR as to Prishonna Turner: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Violation Hearing via Zoom set for 5/29/2020 at 09:00 AM before Judge Robert M. Spector. Please see Notice Regrading Zoom Hearing. (Murphy, Tatihana)

**3:19-cr-00180-RNC USA v. Julius et al**
**Notice Regarding Hearing Via Zoom** ( No document attached )
**Docket Text:**
NOTICE regarding hearing via Zoom as to Prishonna Turner: The Bond Violation Hearing scheduled for 5/29/2020 at 9:00AM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/16140142522?pwd=TFBVSjk5M0VITkpZS2NKQlRjdTVCZz09 and call in number is 1 (646) 828-7666.
Meeting ID: 161 401 4252
Meeting Password: Password: 302278
Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Murphy, Tatihana)

**3:19-cr-00180-RNC USA v. Julius et al**
**Order Referring Case to Magistrate Judge  1097** ( No document attached )
**Docket Text:**
ORDER REFERRING CASE to Judge Robert M. Spector for a ruling on [1095] First MOTION to Modify Conditions of Release filed by Matthew Moore.
Signed by Judge Robert N. Chatigny on 5/27/2020. Motion referred to Robert M. Spector(Bozek, M.)

Exhibit A

There is no charge for viewing opinions.

Activity has occurred in the following cases:

**3:19-cr-00180-RNC USA v. Julius et al**
**Order on Motion for Release from Custody 1100** ( No document attached )
**Docket Text:**
ORDER denying [1050] Motion for Release from Custody as to Frank Carr (3). The defendant's renewed motion for release from pretrial detention at Wyatt based on the risk posed to his health by the novel coronavirus is denied for substantially the same reasons stated by the Government in its response. As the Government correctly argues, the defendant has not demonstrated a compelling reason justifying his release. Defendant's renewed request is unsupported by a medical opinion showing that he is at greater risk for severe illness were he to contract COVID-19 than other detainees. CDC guidance concerning the heightened risk to persons in the defendant's age group who have his medical conditions provides some support for the defendant's concern that he faces such a heightened risk. But this is insufficient to establish a compelling reason justifying release for this defendant. The defendant's history of engaging in criminal conduct while on supervised release, indeed, even while participating in support court, is very troubling. Given this history, it is unfortunately the case that the defendant might well revert to criminal activity, were he released now. To establish a compelling reason justifying his release, despite the risk that he would revert to criminal activity, the defendant must demonstrate that he faces a likelihood of irreparable harm is he is not released. He has not made that showing. Accordingly, the renewed motion for release is hereby denied. So ordered. Signed by Judge Robert N. Chatigny on 5/27/20. (Chatigny, Robert)

**3:19-cr-00180-RNC USA v. Julius et al**
**Probation Form 8 1096**
**Docket Text:**
Probation Form 8 Petition for Action on Conditions of Pretrial Release as to Prishonna Turner
Signed by Judge Robert M. Spector on 5/26/2020. (Murphy, Tatihana)

**3:19-cr-00180-RNC USA v. Julius et al**
**Summons Issued 1098**
**Docket Text:**
Summons Issued as to Prishonna Turner to appear at the USM, 450 Main Street, Hartford and participate via Zoom hearing on 4/27/20, at 9:00 a.m. before Robert M. Spector (Pesta, J.)

**3:19-cr-00180-RNC USA v. Julius et al**
**Calendar Entry 1099** ( No document attached )
**Docket Text:**
NOTICE OF E-FILED CALENDAR as to Prishonna Turner: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Violation Hearing via Zoom set for 5/29/2020 at 09:00 AM before Judge Robert M. Spector. Please see Notice Regrading Zoom Hearing. (Murphy, Tatihana)

**3:19-cr-00180-RNC USA v. Julius et al**
**Notice Regarding Hearing Via Zoom** ( No document attached )
**Docket Text:**
NOTICE regarding hearing via Zoom as to Prishonna Turner: The Bond Violation Hearing scheduled for 5/29/2020 at 9:00AM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1614014252?pwd=TFBVSjk5M0VITkpZS2NKQlRjdTVCZz09 and call in number is 1 (646) 828-7666.
Meeting ID: 161 401 4252
Meeting Password: Password: 302278
Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Murphy, Tatihana)

**3:19-cr-00180-RNC USA v. Julius et al**
**Order Referring Case to Magistrate Judge 1097** ( No document attached )
**Docket Text:**
ORDER REFERRING CASE to Judge Robert M. Spector for a ruling on [1095] First MOTION to Modify Conditions of Release filed by Matthew Moore. Signed by Judge Robert N. Chatigny on 5/27/2020. Motion referred to Robert M. Spector(Bozek, M.)

| Request Number: | 175335 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 02/10/2020 08:59 am | | |
| | ORIGINAL REQUEST: | |
| | CAN YOU PLEASE BRING MEA COUGH DROP WHEN YOU BRING MY MEDS THANKS | |
| 02/10/2020 10:43 am | | NRODRIGUES |
| | RESPONSE: | Nicole Rodrigues |
| | Your request has been forwarded to medical. Thanks! n.rodrigues, mh coordinator | |
| 02/10/2020 10:44 am | | NRODRIGUES |
| | GROUP ASSIGNED CHANGED TO MEDICAL | Nicole Rodrigues |
| 02/10/2020 04:30 pm | | LREI |
| | CLOSED: | LUCIA REI |
| | You must purchase thru commissary Lucia RN | |

| Request Number: | 185940 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 03/30/2020 07:16 pm | | |
| | ORIGINAL REQUEST: | |
| | CAN YOU PLEASE SEND ME THE NAMES OF THE MEDICATION IM TAKING THANK YOU | |
| 03/31/2020 05:58 pm | | PTUFFY |
| | CLOSED: | Petra Tuffy |
| | We have received your request. | |

| Request Number: | 186717 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/02/2020 08:04 pm | | |
| | ORIGINAL REQUEST: | |
| | I NEED TO SEE MEDICAL I BEEN HAVING PROBLEMS BREATHING AND MY HEART IS HURTING PLEASE CHECK ME OUT THANKS | |
| 04/03/2020 08:59 am | | TCONSTANT |
| | CLOSED: | Tessa Constant |
| | We received your request. You will be scheduled for nursing sick call. | |

| Request Number: | 186986 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/04/2020 01:49 pm | | |
| | ORIGINAL REQUEST: | |
| | I BEEN RECENTLY GETTING SHARP PAINS IN MY CHEST AND THEY RUN DOWN TO MY ARMS THE COME AND GO EVERY 2 TO 3 MONTHS THEY STARTED COMING BACK LAST WEEK I BEEN WAITING TO SEE IF THEY LEAVE BUT ITS STILL HAPPENING I HAVE A HISTORY WITH THIS ISSUE | |

| Request Number: | 186986 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User |
|---|---|---|---|
| 04/05/2020 08:22 am | | | DGOMES |
| CLOSED: | | | Dominic Gomes |
| We received your request. You will be scheduled for nursing sick call. | | | |

| Request Number: | 187062 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

**Stamp / Action Detail / User**

04/05/2020 09:29 am
   ORIGINAL REQUEST:
      MY NAME IS FRANK CARR 12454014 I BEEN HAVING CHEST PAIN THAT GOES TO MY LEFT ARM AND I WENT TO MEDICAL TO GET CHECKED AND THE NURSE HOLLY FERNADEZ SAID I WAS OK I HAVE HEART ISSUE FROM THE PAST AND I NEED A SECOND OPINION BECAUSE MY EKG ALWAYS IRREGULAR AND SHE BEARLY LOOKED AT IT AND SAID I WAS FINE THIER WAS A LOT OF PEOPLE AND THEY WAS RUSHING I NEE A SECOND OPINION ABOUT MY HEART PROBLEM

04/06/2020 09:25 am                                              RLABONTE
   RESPONSE:                                                      Ron Labonte
      Mr. Carr, you will be added to sick call.
      Mr. LaBonte
      Nursing triage: Sick call request.

04/06/2020 09:25 am                                              RLABONTE
   GROUP ASSIGNED CHANGED                                         Ron Labonte
      TO MEDICAL

04/06/2020 09:28 am                                              DGOMES
   CLOSED:                                                        Dominic Gomes
      we will forward your ekg results to Dr Blanchette for a second opinion. thank you for your patience

| Request Number: | 187379 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

**Stamp / Action Detail / User**

04/06/2020 08:37 pm
   ORIGINAL REQUEST:
      SIR NOBODY CALL ME TO SICK CALL DO I NEED TO SIGN UP AGAIN BECAUSE IM STILL GETTING SHARP PAINS FROM MY CHEST TO MY LEFT ARMS

04/07/2020 07:55 am                                              RFOX
   RESPONSE:                                                      Robin Fox
      Good morning, Mr. Carr. Your request has been forwarded to Medical. Please feel free to follow up as needed. Have a nice day. ~Robin Fox, RN

04/07/2020 07:55 am                                              RFOX
   GROUP ASSIGNED CHANGED                                         Robin Fox
      TO MEDICAL

04/07/2020 10:29 am                                              TCONSTANT
   CLOSED:                                                        Tessa Constant
      You are scheduled to see medical today. Thank you.

| Request Number: | 187383 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/06/2020  08:53 pm | ORIGINAL REQUEST: I NEED TO SEE MEDICAL ABOUT A SHARP PAIN FROM MY CHEST TO MY LEFT ARM I NEED A TEST DONE TO SEE WHAT THE PROBLEM IS THANKS | |
| 04/07/2020  10:28 am | CLOSED: We received your request. You will be scheduled for nursing sick call. | TCONSTANT Tessa Constant |

| Request Number: | 188141 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/10/2020  08:49 am | ORIGINAL REQUEST: IM STILL GETTING PAIN IN MY CHEST THAT GO TO MY LEFT ARM I SEEN I BEEN HAVING THIS ISSUE FOR A WEEK NOW I BEEN GETTING MEDICAL ATTENTION BUT THE PAIN KEEP COMING | |
| 04/10/2020  11:02 am | CLOSED: We received your request. You will be scheduled for nursing sick call. | DGOMES Dominic Gomes |

| Request Number: | 188836 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/14/2020  08:57 am | ORIGINAL REQUEST: I GOT A PROBLEM BREATHING I WANT TO SEE MEDICAL SO THEY CAN PROVIDE ME WITH SOME TYPE OF MEDICATION THANKS | |
| 04/14/2020  04:05 pm | CLOSED: We received your request. You will be scheduled for nursing sick call. | PTUFFY Petra Tuffy |

| Request Number: | 190300 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/22/2020  05:28 pm | ORIGINAL REQUEST: RN GOMEZ PLEASE SEND 2 TWO RELEASE FORM FOR NEW HAVEN AND HARTFORD CC SO I CAN GET THAT MEDICAL FILE FORWARD HERE THANKS | |
| 04/23/2020  05:15 pm | CLOSED: Your records have been recieved Lucia RN | LREI LUCIA REI |

| | | | |
|---|---|---|---|
| Request Number: 191061 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
| Initial Location: DWDF D 01 A | | Current Location: DWDF G 06 A | |
| Inmate Number: 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/26/2020 02:09 pm | ORIGINAL REQUEST: I NEED TO SEE DR. BLANCHETTE BECAUSE IM STILL GETTING PINS ON THE LEFT SIDE OF MY BODY PARTICULARY MY ARM LEFT SIDE SO I WOULD LIKE TO SEE HIM AND LET HIM KNOW WHATS GOING ON | |
| 04/27/2020 10:41 am CLOSED: | We have received your request. You will be seen by Dr. Blanchette today. Thank you. | TCONSTANT Tessa Constant |

| | | | |
|---|---|---|---|
| Request Number: 193193 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
| Initial Location: DWDF G 12 A | | Current Location: DWDF G 06 A | |
| Inmate Number: 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/06/2020 04:37 pm | ORIGINAL REQUEST: I BEEN HAVING BREATHING PROBLEMS I STILL HAVE CHEST PAIN ITS BEEN BEARABLE AND I DONT WANT TO KEEP COMING DOWN THERE SO I BEEN ENDURING SOME OF IT | |
| 05/07/2020 05:27 pm CLOSED: | We received your request. You will be scheduled for nursing sick call. | ALEE Andrea Lee |

| | | | |
|---|---|---|---|
| Request Number: 193732 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
| Initial Location: DWDF G 06 A | | Current Location: DWDF G 06 A | |
| Inmate Number: 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/09/2020 09:03 am | ORIGINAL REQUEST: I NEED A INHALER BECAUSE I GET SHORTNESS OF BREATH AND I TALK TO NURSE ABOUT IT AND THEY SAID THEY WOULD TALK TO DOCTOR THIS BEEN HAPPENING VERY FREQUENT I MENTION THIS SEVERAL TIMES ONE OF MY LUNGS COLLAPSE A FEW YEAR AGO | |
| 05/10/2020 08:05 pm CLOSED: | Your request has been forwarded to the doctor. RN Stefanick | KSTEFANICK Katelyn Stefanick |

| | | | |
|---|---|---|---|
| Request Number: 194039 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
| Initial Location: DWDF G 06 A | | Current Location: DWDF G 06 A | |
| Inmate Number: 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/11/2020 04:17 pm | ORIGINAL REQUEST: MY ATTORNEY WAS TOLD THAT I REFUSE A COVID 19 TEST CAN YOU PLEASE PROVIDE ME A COPY OF THE REFUSAL I THINK MEDICAL SAID IT HAPPEN IN MARCH OR APRIL I REMEMBER THE INCIDENT BUT I NEVER REFUSED THE PROCEDURE WAS I SUPPOSE TO SIGN REFUSAL I NEVER SIGN ANYTHING I REMEMBER I WAS SLEEP WHEN THEY CAME AROUND PLEASE PROVIDE COPY | |
| 05/11/2020 06:19 pm CLOSED: | If you were sleeping when they came around and then refused to get up than that is a refusal. If you did not want to sign. it can be signed by the staff present during the refusal and a witness. It takes time to send out parts of your medical record if you still want a copy. RN LaSalle | TLASALLE Tiffany LaSalle |

| Request Number: | 194858 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF G 06 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/15/2020 03:52 pm | ORIGINAL REQUEST:<br>IM STILL HAVING PAIN IN MY LEFT ARM THAT COMES FROM MY CHEST I KEEP TELLING MEDICAL STAFF AND THEY SAY THEY CANT DO ANYTHING WITHOUT THE DOCTOR I NEED SOME MEDS FOR THE PAIN THANX | |
| 05/16/2020 03:35 pm<br>CLOSED: | You were seen on medical rounds this morning. RN Stefanick | KSTEFANICK<br>Katelyn Stefanick |

| Request Number: | 195237 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF G 06 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/18/2020 04:22 pm | ORIGINAL REQUEST:<br>I STARTED HAVING CHEST PAINS AGAIN TODAY PLEASE GIVE ME PAIN MEDICINE | |
| 05/19/2020 08:25 am<br>CLOSED: | We received your request. You will be scheduled for nursing sick call. | TCONSTANT<br>Tessa Constant |

**Total Requests:** 20

| Request Number: | 169377 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

**Stamp** / **Action** / **Detail** — **User**

01/09/2020  08:25 am
ORIGINAL REQUEST:
WHEN I FIRST GOT TONTHE FACILITY I SEEN A MENTAL HEALTH COUSELOR SINCE THEN I HAVENT SEEN ANYBODY I WAS SEEING MENTAL HEALTH EVERY WEEK IN THE OTHER FACILITY

01/09/2020  11:28 am — NRODRIGUES / Nicole Rodrigues
CLOSED:
Hello Mr. Carr, you are currently scheduled to speak with mental health. Thanks!

| Request Number: | 173621 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

**Stamp** / **Action** / **Detail** — **User**

02/01/2020  09:34 am
ORIGINAL REQUEST:
MS NIKKI IM STILL WAITING FOR MY MEDICAL RECORDS FROM HARTFORD CORRECTIOAL CENTERAND IM STILL WAITING TO SEE YOU

02/03/2020  11:14 am — NRODRIGUES / Nicole Rodrigues
[DRAFT]
okay! you will be seen this week!

02/03/2020  11:14 am — NRODRIGUES / Nicole Rodrigues
CLOSED:
thanks!

| Request Number: | 188155 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

**Stamp** / **Action** / **Detail** — **User**

04/10/2020  09:28 am
ORIGINAL REQUEST:
I NEED TO SEE MS RODRIQUEZ REGARDING MENTAL HEALTH ISSUES

04/10/2020  09:33 am — NRODRIGUES / Nicole Rodrigues
CLOSED:
I can see you monday!

| Request Number: | 189825 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

**Stamp** / **Action** / **Detail** — **User**

04/18/2020  08:16 pm
ORIGINAL REQUEST:
MS NIKKI DID YOU EVER RECIEVE MY MENTAL HEALTH RECORDS FROM NEW HAVEN AND HARTFORD CORRECTIONAL CENTER? NEED TO SEE YOU

| Request Number: | 189825 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 04/20/2020 07:48 am | | NRODRIGUES |
| CLOSED: | | Nicole Rodrigues |
| | OKAY lets schedule for tomorrow! | |

**Total Requests:** 4

# Request Report

Printed: 5/19/2020  1:40:43PM

| Request Number: | 186804 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 04/03/2020  10:51 am | |
| ORIGINAL REQUEST: | |
| I WOULD LIKE A COPY OF ALL MY MEDICAL RECORDS AT THIS FACILITY SINCE DEC WHEN I ARRIVED THANKS | |
| 04/06/2020  10:48 am | RLABONTE |
| RESPONSE: | Ron Labonte |
| Mr. Carr, I will get you copies.  Mr. LaBonte | |
| 04/06/2020  10:48 am | RLABONTE |
| CLOSED: | Ron Labonte |
| <NO COMMENT GIVEN> | |

| Request Number: | 188802 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 04/13/2020  09:33 pm | |
| ORIGINAL REQUEST: | |
| I GOT SOME MAIL FROM A NURSE TO RELEASE MY MEDICAL RECORDS FRO YALE TO THIS FACILITY WHO DO I GIVE THE MAIL THAT I FILLED OUT TO? THANKS | |
| 04/14/2020  03:12 pm | RLABONTE |
| CLOSED: | Ron Labonte |
| Mr. Carr, I have your forms.  I will send to Yale.  Mr. LaBonte | |
| 04/15/2020  07:36 am | RLABONTE |
| RESPONSE: | Ron Labonte |
| Mr. Carr, I faxed those documents to Yale.  I kept an electronic copy on my system and I will return the originals to you.  Mr. LaBonte | |
| 04/15/2020  07:37 am | RLABONTE |
| CLOSED: | Ron Labonte |
| <NO COMMENT GIVEN> | |

| Request Number: | 189701 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 04/17/2020  05:13 pm | |
| ORIGINAL REQUEST: | |
| MR LABONTE I DID RECIEVE A COPY OF MY MEDICAL RECORDS BUT THE PROBLEM IS I SENT THEM OUT ON THE 6TH OF APRIL AND THEY HAVE NOT BEEN RECIEVED I NEED THESE DOCUMENTS FOR DECISIONNIM WAITING ON I WOULD LIKE TO HAVE MY WHOLE MEDICAL RECORD FAX TO MY ATTORNEY FRANK P. CANNATELLI FAX NUMBER 203 949 1660 OR EMAIL TO CANNATELLILAW AOL.COM THERE NO AT SIGN SO I LEFT BLANK BETWEEN THE W AND A MY LAWYER NEEDS THESE MEDICAL RECORDS FOR THE JUDGE HIS PHONE NUMBER IS 203 949 1660 IF YOU HAVE ANY QUESTIONS PLEASE RESPOND THANKS | |
| 04/20/2020  08:17 am | RFOX |
| RESPONSE: | Robin Fox |
| Good morning.  Your request has been received and forwarded to Medical Records.  Have a nice day. ~Robin Fox, RN | |

Page 1 of 4

| Request Number: | 189701 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | User |
|---|---|
| Action Detail | |
| 04/20/2020 08:18 am | RFOX |
| GROUP ASSIGNED CHANGED TO MEDICAL RECORDS | Robin Fox |
| 04/20/2020 10:34 am | RLABONTE |
| CLOSED: | Ron Labonte |
| Mr. Carr, In order for me to provide your records to a legal representative or any other third party. We require the completion and your signature on a HIPPA compliant Release of Information that originated from your legal representative. When your legal representative has your signature on a HIPPA compliant Release of Information, it can be faxed to 401.205.1589. As soon as I receive the HIPPA compliant Release of Information I can send your Protected Health Information to your legal representative or third party you designate. If you started this process on April 6, I would think your legal representative would have the ROI to me by now? Mr. LaBonte | |

| Request Number: | 189860 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | User |
|---|---|
| Action Detail | |
| 04/19/2020 08:30 am | |
| ORIGINAL REQUEST: | |
| MR LABONTE I ALSO FILLED OUT A FORM FOR YALE TO RELEASE MY MEDICAL RECORD TO THIS FACILITY CAN YOU PLEASE TELL ME IF THEY FAX IT OVERBTO THIS FACILITY AND IF SOME REASON YOU CANT FAX MY LAWYER MY MEDICAL DOCUMENTS PLEASE GIVE ME A COPY SO I CAN SEND AGAIN THEY JUDGE WAITINGFOR THESE RECORDS THAT I SENT OUT ON THE 4/6/2020 I WROTE THENMAJOR ABOUT THIS ISSUE BECAUSE I HAD OTHERBMAIL GET TO THE DESTINATION LAST WEEK AND I SENT THAT MAIL AFTER I SENT MY MEDICAL FILE I EVEN HAVE THE NUMBER THAT THIS INSTITION PROCESS THE MAIL | |
| 04/20/2020 08:18 am | RFOX |
| RESPONSE: | Robin Fox |
| Good morning. Your request has been received and forwarded to Medical Records. Have a nice day. ~Robin Fox, RN | |
| 04/20/2020 08:18 am | RFOX |
| GROUP ASSIGNED CHANGED TO MEDICAL RECORDS | Robin Fox |
| 04/20/2020 10:37 am | RLABONTE |
| RESPONSE: | Ron Labonte |
| Mr. Carr, I have those records and I can provide to you. I cannot give those records to any third party. A third party would need to request those records from Yale. Of course, you can give your copy. I should get you the hard copy by Monday night. Mr. LaBonte | |
| 04/20/2020 10:37 am | RLABONTE |
| CLOSED: | Ron Labonte |
| <NO COMMENT GIVEN> | |

| Request Number: | 190176 | Status: CLOSED | Inmate Name: | CARR, FRANK DOUGLAS |
|---|---|---|---|---|
| Initial Location: DWDF D 01 A | | | Current Location: DWDF G 06 A | |
| Inmate Number: | 12454014 | | Inmate Secondary Number: | |

| Stamp | User |
|---|---|
| Action Detail | |
| 04/20/2020 08:42 pm | |
| ORIGINAL REQUEST: | |
| MR. LABONTE I DID NOT RECIEVE NO MEDICAL RECORDS TONIGHT PLEASE FOLLOW UP THANKS | |
| 04/21/2020 08:20 am | RFOX |
| RESPONSE: | Robin Fox |
| Good morning. Your request has been received and forwarded to Medical Records. Have a nice day. ~Robin Fox, RN | |

| | | | |
|---|---|---|---|
| Request Number: | 195242 | Status: OPEN | Inmate Name: CARR, FRANK DOUGLAS |
| Initial Location: DWDF G 06 A | | | Current Location: DWDF G 06 A |
| Inmate Number: | 12454014 | | Inmate Secondary Number: |

Stamp   Action   User
Detail

I REQUESTED MY DONALD W WYATT MEDICAL RECORDS FROM APRIL TO CURRENT DATE I WAS SENT A FORM TO GET MEDICAL RECORDS FROM YALE I NEED RECORDS FROM THIS FACILITY I HAVE MY RECORDS FROM YALE ALREADY I HAVE A RIGHT TO KEEP A RECORD OF MY MEDICAL RECORDS THANX

**Total Requests:**   8