UNITED STATES DISTRICT COURT

DISTRICT OF CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:19CR180(RNC) |
| VS | : | |
| FRANK CARR | : | SEPTEMBER 17, 2020 |

MOTION FOR AN EMERGENCY TRANSFER OF DEFENDANT
AND MOTION FOR EMERGENCY MEDICAL TREATMENT

On or about September 17th, 2020, this counsel for Mr. Carr received an email and letter from

Dr. Tsuyoshi Kaneko, basically stating that Mr. Carr was and is in need of immediate medical treat-

ment. The letters, see, Exhibits One and Two, filed under seal, refer to the need for urgent medical

care.

On this date, September 17th, 2020, this counsel also received notice from Attorney Kaplan that my

client was transferred to Hartford CC. This counsel was not clear why the Federal Government or the

Marshal's service would transfer Mr. Carr in light of the fact that he is in need of medical care, and all

medical reports have been recently updated while Carr was at Wyatt Detention. This counsel then

called Mr. Ronald LaBonte, a Health Service Administrator at Wyatt, to determine what is best to do

for

Mr. Carr. Mr. LaBonte stated that the treatment Mr. Carr needs is serious stuff. He also stated that to

keep Mr. Carr in Connecticut would require a duplication of some of the medical things already done in

Rhode Island. Also, for purposes of the continuum of care, Mr. LaBonte states that it would make more

sense to allow Mr. Carr to get his treatment from Wyatt Detention.

For the reasons stated, the Defendant humbly requests that he be immediately transferred back to

Wyatt to maintain his continuum of care, and that Mr. Carr be immediately provided with the medical

attention as required by Dr. Kaneko. Defendant humbly requests immediate attention by this Court.

Respectfully Submitted,

1.

BY _____

Frank P. Cannatelli
8 Research Parkway
Wallingford, Conn.
06492
Phone: (203) 949-1650
Fax: (203) 949-1660
Fed. Bar # ct 04394
Cannatellilaw@aol.com

## CERTIFICATION

I, Frank P. Cannatelli, hereby certify that a copy of this motion dated September 17th, 2020, was filed via efiling and served by mail on anyone unable to accept efiling. Further, notice of this filing will be sent to all parties by operation of the Court's electronic filing systme or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Frank P. Cannatelli

2.