UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR180(RNC) |
| vs | : | |
| FRANK CARR | : | DECEMBER 15, 2020 |

## MOTION FOR TIME SERVED

The Defendant, through counsel, humbly moves the Court to award the Defendant, Frank Carr, time served since the date of his arrest. Mr. Carr has continuously been incarcerated since July 10th, 2019, and should be given credit from that date.

Counsel humbly requests that the Court consider this motion and award the Defendant the time he has served. Said request should have been made yesterday at sentencing, but was inadvertently omitted due to the number of factors needed to be addressed at this sentencing.

RESPECTFULLY SUBMITTED,

BY _____

Frank P. Cannatelli
8 Research Parkway
Wallingford, Conn. 06492
Phone: (203) 949-1650
Fax: (203) 949-1660
Fed. Bar # ct. 04394
Email: Cannatellilaw@aol.com

## CERTIFICATION OF SERVICE

I, Frank P. Cannatelli, hereby certify that a copy of this motion was filed via efile and served on anyone unable to accept electronic efiling. Further, notice of this filing will be sent to anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone not able to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____

Frank P. Cannatelli
Fed. Bar No. ct. 04394