**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **United States of America** | : | **Crim. No. 3:19-CR-180-RNC** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Frank Carr** | : | |
| **Defendant** | : | **March 22, 2021** |

<u>**NOTICE TO COURT: UPDATE OF MR. CARR'S STATUS**</u>

The Defendant, FRANK CARR, through his counsel, updates the Court as follows:

1. The Defendant had been placed in a 3-week quarantine at the Butner correctional complex. The Defendant has just completed that quarantine and has been placed back into the population. He first made contact with his defense counsel via phone yesterday, March 21, 2021.

2. The Defendant has been placed at FCI Butner's Medium security facility, a fact confirmed by counsel today through the Bureau of Prison's inmate locator tool. https://www.bop.gov/inmateloc. The Defendant has not been placed at the Federal Medical Center at Butner (FMC Butner), and, to his knowledge, has no upcoming surgery or plans to be moved to the medical facility. Mr. Carr has been told by the facility that they had believed he was a paraplegic, and that this was his medical condition rather than a serious heart condition; Mr. Carr has been told that their paperwork indicates paraplegy and not an imminent need for surgery. To Mr. Carr's knowledge, he is no closer to receiving surgery today than he was when he was transferred to FCC Butner.

3. Undersigned counsel has tried to contact Mr. Carr at Butner on multiple occasions over the past two weeks, including leaving a voicemail message with his counselor. Mr. Carr was aware that his counsel had left a message, since Butner staff told him that his lawyer had left a message with them requesting a legal call. He was told that no call is being set up. It is particularly troubling that the staff at Butner confirmed receiving undersigned counsel's message requesting a legal call with his client, but did not make attempts to return that message or set up the call.

4. FCC Butner continues to report coronavirus cases through bop.gov/coronavirus, with 11 active inmate cases and 16 active staff cases reported as of March 22, 2021.

**THE DEFENDANT,**
**FRANK CARR**

BY   \_\_/s/_____
      TRENT A. LaLIMA
      Federal Bar No. ct 29520
      SANTOS & LaLIMA, P.C.
      51 Russ Street
      Hartford, CT 06106
      Tel. (860) 249-6548
      Fax (860) 724-5533

## **CERTIFICATION**

I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_/s/_ _____
Trent A. LaLima