UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA v. TOMMY JULIUS, ET.AL. | CRIMINAL No. 3:19CR180(RNC) JANUARY 25, 2023 |
|---|---|

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Anthony E. Kaplan, as counsel for the United States of America in the above-referenced case.

Accordingly, it is requested that this motion be granted.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Anthony E. Kaplan
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT08083
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.: (203) 821-3700
Fax: (203) 773-5378
anthony.kaplan@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the court's CM/ECF System.

    /s/ Anthony E. Kaplan
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. CT08083
    157 Church Street, 25th Floor
    New Haven, CT 06510
    Tel.: (203) 821-3700
    Fax: (203) 773-5378
    Anthony.kaplan@usdoj.gov