**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **United States of America** | : | **Crim. No. 3:19-CR-180-RNC** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Frank Carr** | : | |
| **Defendant** | : | **April 27, 2023** |

### NOTICE TO COURT: UPDATE OF COVID-19 CONDITIONS

The Defendant, FRANK CARR, through his counsel, updates the Court as follows:

1. The Defendant remains at FCI Butner's Medium II security facility, as confirmed today via the Bureau of Prisons' inmate locator. https://www.bop.gov/inmateloc/

2. FCI Butner Medium II currently has 12 active inmate cases, per bop.gov/coronavirus, accessed today.

3. Mr. Carr personally reports more than 12 cases at Butner. Mr. Carr also reports that a unit in the facility was shut down due to COVID-19 cases.

4. Mr. Carr has a pending motion for reduction of sentence, and asks this Court to also consider the present COVID-19 conditions at Butner as grounds for that reduction.

For the reasons set above, Mr. Carr asks for this Court to rule favorably on his March 3, 2022, Motion for Reduction in Sentence.

                        **THE DEFENDANT,**
                        **FRANK CARR**

                BY   /s/
                    TRENT A. LaLIMA

- 2 -

                Federal Bar No. ct 29520
                SANTOS & LaLIMA, P.C.
                50 Russ Street
                Hartford, CT 06106
                Tel. (860) 249-6548
                Fax (860) 724-5533

- 3 -

## **CERTIFICATION**

    I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        /s/_____
                                        Trent A. LaLima