UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America<br>Plaintiff | : | Crim. No. 3:19-CR-180-RNC |
| V. | : | |
| | : | JUN 2 2023 PM 1:05<br>FILED-USDC-CT-HARTFORD |
| Frank Carr<br>Defendant | : | |
| | : | May 25, 2023 |

### EXHIBIT IN SUPPORT OF COMPASSIONATE RELEASE

Now Comes, The Defendant, Frank Carr, Pro Se, Updates the Court to the Defendant Exhibit A.

    The Defendant, request permission to file Exhibit A in support of Compassionate Release in case # 3:19-CR-180-RNC. Enclosed is a "Interfaith Life Skills RPP 6 Spiritual Growth Release Preparation Program which the Defendant completed in 7 1/2 months. The "Threshold Program" is a 72 Hour of Course Credit from the Religious Services Department of the Federal Correctional Complex located in Butner, North Carolina Instructed and facilitated by Staff Chaplains L. Langston & O. Muhammad and the Defendant ask this to also consider to consider this Exhibit A for grounds for that reduction.

For that reasons set above, Mr. Carr asks for this court to rule favourably on his March 3, 2022 Motion for Reduction in Sentence.

                                THE Defendant,
                                FRANK CARR
                           BY  /s/ Frank Carr
                                  Frank Carr

FRANK D. CARR # 12454-014
FEDERAL CORRECTIONAL INSTITUTION II
P. O. BOX 1500
BUTNER, NC 27509

<u>CERTIFICATION</u>

I herby certify that on the above date of the foregoing document was placed in the mail at RSD and ISM Department at Butner II Medium Federal Complex. Notice of this filing was sent to all Parties by operation of Court's system by Mail. On May 26, 2023.

_Frank D. Carr_
Frank D. Carr #12454-014

12454-014

" EXHIBIT A"

The Religious Services Department of the Federal Correctional Complex
Butner, North Carolina

Presents this

# Certificate of Completion

to

## Frank Carr

for

**Threshold**
The Federal Bureau of Prisons - Interfaith Life Skills RPP 6
Spiritual Growth Release Preparation Program

72 Hours of Course Credit

_____
L. Langston, Staff Chaplain

03/23/2023
_____
Date